UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

GARY L. VERDUCHI,
Plaintiff

    v.                         C.A. No. 05-388T

JO ANNE B. BARNHART
COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,
Defendant

O R D E R

    This matter is hereby referred to Magistrate Judge David L. Martin for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

ENTER:                                  BY ORDER:

_____      _____
Ernest C. Torres                            Deputy Clerk
Chief Judge
Dated:  12/20/05