UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

GARY L. VERDUCHI

            v.                           CA No. 05-388T

MICHAEL J. ASTRUE

## ORDER AFFIRMING COMMISSIONER'S DECISION

For the reasons stated in Magistrate Judge Martin's Report and Recommendation dated March 30, 2007, the Commissioner's order is affirmed and the Plaintiff's appeal is denied and dismissed.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge

Date: 12/29/08