# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

GARY L. VERDUCHI,
Plaintiff

    v.                                C.A. No. 05-388T

MICHAEL J. ASTUE,
Defendant

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendant Miachel J. Astrue and against Plaintiff Gary L. Verduchi pursuant to this Court's Order dated December 30th, 2008.

                                                  Enter:

                                                  /s/ Ryan H. Jackson

                                                  Deputy Clerk

Dated: January 5th, 2009